## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **v.** ) | |
| ) | |
| **THREE HUNDRED THREE VIRTUAL** ) | |
| **CURRENCY ACCOUNTS,** ) | |
| ) | **Civil Action No. 20-cv-712** |
| **THE DARKSCANDALS.COM DOMAIN,** ) | |
| ) | |
| **-- and --** ) | |
| ) | |
| **THE DARKSCANDALS.CO DOMAIN,** ) | |
| ) | |
| ) | |
| **Defendants.** ) | |
| ) | |

## VERIFIED COMPLAINT FOR FORFEITURE *IN REM*

COMES NOW, Plaintiff the United States of America, by and through the United States

Attorney for the District of Columbia, and brings this Verified Complaint for Forfeiture *In Rem*

against the defendant properties, namely: 303 virtual currency accounts, the darkscandals.com

domain, and the darkscandals.co domain (collectively, the "Defendant Properties"), which are

listed in Attachment A.  The United States alleges as follows in accordance with Rule G(2) of the

Federal Rules of Civil Procedure, Supplemental Rules for Admiralty or Maritime Claims and Asset

Forfeiture Actions:

## THE DEFENDANT PROPERTIES

1.      The Defendant Properties are comprised of miscellaneous financial instruments in

303 virtual currency exchange accounts at eight different virtual currency exchanges (listed

below), and two domain names: darkscandals.com and darkscandals.co.

## NATURE OF ACTION AND THE DEFENDANTS *IN REM*

2.      This case involves an international investigation of a website called DarkScandals, which was available on the darknet ("DarkScandals Darknet") and the clearnet ("DarkScandals Clearnet") (collectively the "DarkScandals Sites").  The DarkScandals Darknet and DarkScandals Clearnet sites were virtually identical and largely offered the same service: directing customers on how to obtain obscene content, including videos that depicted sexual assault and child pornography.

3.      DarkScandals Sites users and the site administrator knowingly and willfully conspired with others, and acted individually, to commit the following violations: Laundering Monetary Instruments, in violation of 18 U.S.C § 1956(a)(2), Distribution and Receipt of Child Pornography in violation of 18 U.S.C. § 2252(a)(2), Possession of Child Pornography in violation of 18 U.S.C. § 2252(a)(4)(A), Access with Intent to View Child Pornography in violation of 18 U.S.C. § 2252(a)(4)(B), Transportation of Obscene Matters for Sale or Distribution in violation of 18 U.S.C. § 1465, and Engaging in the Business of Selling or Transferring Obscene Matter in violation of 18 U.S.C. § 1465.

4.      The Defendant Properties are subject to forfeiture pursuant to 18 U.S.C. §§ 1467 and 2254, as property used or intended to be used to commit or to promote the commission of the above child pornography and obscenity offenses, and/or property traceable to such offenses.  The Defendant Properties are also subject to forfeiture pursuant to 18 U.S.C. § 981(a)(1)(A), as property involved in, or traceable to, a financial transaction in violation of 18 U.S.C. § 1956.

## JURISDICTION AND VENUE

5.      This Court has jurisdiction over this action pursuant to 28 U.S.C. §§ 1345 and 1355. These statutes confer original jurisdiction to district courts of all civil actions, suits, or proceedings

commenced by the United States and any action for the forfeiture of property incurred under any act of Congress.

6.     Venue is proper pursuant to 28 U.S.C. § 1355(b)(1)(A) and 28 U.S.C. § 1395(c).

## FACTS GIVING RISE TO FORFEITURE

### I.     Definition of Terms

Child Pornography Terms

7.     Child pornography as defined in 18 U.S.C. § 2256(8), is any visual depiction, including any photograph, film, video, picture, or computer or computer-generated image or picture, whether made or produced by electronic, mechanical or other means, of sexually explicit conduct, where (a) the production of the visual depiction involved the use of a minor engaged in sexually explicit conduct, (b) the visual depiction is a digital image, computer image, or computer-generated image that is, or is indistinguishable from, that of a minor engaged in sexually explicit conduct, or (c) the visual depiction has been created, adapted, or modified to appear that an identifiable minor is engaged in sexually explicit conduct.

8.     Minor as defined in 18 U.S.C. § 2256(1), refers to any person under the age of eighteen years.

9.     Sexually explicit conduct as defined in 18 U.S.C. § 2256(2), means actual or simulated (a) sexual intercourse, including genital-genital, oral-genital, anal-genital, or oral-anal, whether between persons of the same or opposite sex; (b) bestiality; (c) masturbation; (d) sadistic or masochistic abuse; or (e) lascivious exhibition of the genitals or pubic area of any person.

Tor

10.     Tor is a computer network designed to facilitate anonymous communication over the Internet.  The Tor network does this by routing a user's communications through a globally distributed network of relay computers (or proxies), rendering conventional Internet Protocol

("IP") address-based methods of identifying users ineffective.  To access the Tor network, a user must install Tor software either by downloading an add-on to the user's web browser or by downloading the free "Tor browser bundle," which is available at www.torproject.org.  When a Tor user accesses a website, only the IP address of the last relay computer (the "exit node"), as opposed to the user's actual IP address, appears on the website's IP address log.  Currently, there is no practical method to trace a user's actual IP address back through those Tor relay computers.

Bitcoin and Ethereum

11.     Bitcoin (BTC) and Ether (ETH) are pseudonymous virtual currencies.  Although transactions are visible on a public ledger, each transaction is referenced by a complex series of numbers and letters (as opposed to identifiable individuals) involved in the transaction.  The public ledger containing this series of numbers and letters is called a blockchain.  This feature makes BTC and ETH pseudonymous; however, it is often possible to determine the identity of an individual involved in BTC and ETH transactions through several different tools.  For this reason, many criminal actors who use BTC and ETH to facilitate illicit transactions online (*e.g.*, to buy and sell drugs or other illegal items or services) look for ways to make their transactions even more anonymous.

12.     BTC/ETH were not issued by any government, bank, or company, but rather were controlled through computer software.

13.     BTC/ETH fluctuated in value.  As of March 5, 2020: one BTC was worth approximately $9,102.65, and one ETH was worth approximately $232.41.

14.     BTC/ETH addresses are unique tokens; however, BTC/ETH are designed such that one person may easily operate many such accounts.  Like an email address, a user can send and receive BTC/ETH with others by sending BTC/ETH to a BTC/ETH address.  People commonly

have many different addresses, and an individual could theoretically use a unique address for every transaction in which they engage.

15.      To spend BTC/ETH held within a BTC/ETH address, the user must have a private key, which is generated when the BTC/ETH address is created.  Similar to a password, a private key is shared only with the BTC/ETH-address key's initiator and ensures secured access to the virtual currency.  Consequently, only the holder of a private key for a BTC/ETH address can spend BTC/ETH from the address.  A BTC user can also spend from multiple BTC addresses in one transaction; for example, five addresses each holding five BTC can collectively send 25 BTC in a single transaction.

16.      Although generally the owners of BTC/ETH addresses are not known unless the information is made public by the owner (for example, by posting the address in an online forum or providing the BTC/ETH address to another user for a transaction), analyzing the public transaction ledger can sometimes lead to identifying both the owner of an address and any other accounts that the person or entity owns and controls.

17.      BTC/ETH are often transacted using a virtual currency exchange, which is a virtual currency trading and storage platform.  An exchange typically allows trading between the U.S. dollar, other foreign currencies, BTC, ETH, and other virtual currencies.  Many virtual currency exchanges also store their customers' virtual currencies.  These exchanges act as money services businesses and are legally required to conduct due diligence of their customers and have anti-money laundering checks in place.  Virtual currency exchanges doing business in the United States are regulated under the Bank Secrecy Act, codified at 31 U.S.C. § 5311 *et seq*., and must collect identifying information of their customers and verify their clients' identities.

18.     Once the sender's transaction announcement was verified, the transaction was added to the blockchain.

19.     The blockchain was a decentralized, public ledger that logged every BTC/ETH transaction.

20.     Law enforcement can identify the owner of a particular BTC/ETH address by analyzing the blockchain.  The analysis can also reveal additional addresses controlled by the same individual or entity.  For example, a user or business may create many BTC addresses to receive payments from different customers.  When the user wants to transact the BTC that it has received (for example, to exchange BTC for other currency or to purchase goods or services), it may group those addresses together to send a single transaction.  Law enforcement uses commercial services offered by several different blockchain-analysis companies to investigate virtual currency transactions.  These companies analyze the blockchain and attempt to identify the individuals or groups involved in the virtual currency transactions.  Specifically, these companies create large databases that group transactions into "clusters" through analysis of data underlying the virtual currency transactions.

21.     Darknet markets are typically commercial websites operating as hidden services using Tor, which primarily function as black markets in which users engage in selling or brokering transactions involving products, such as drugs, unlicensed pharmaceuticals, cyber-arms, weapons, counterfeit currency, stolen credit-card details, forged documents, or, as pertinent to the instant investigation, obscene materials, including child pornography.  BTC is one of the most common methods of payment for products or services bought and sold within darknet markets.

22.     A "clearnet" website is accessible using traditional Internet browsers, such as Internet Explorer or Safari.  These websites use traditional designations, such as ".com" or ".co."

<u>Obscenity</u>

23.     In *Miller v. California*, 413 U.S. 15 (1973), the Supreme Court set forth the following test to determine if material is obscene:

      a.     Based on contemporary community standards, whether the work taken as a whole, appeals to the prurient interest;

      b.     Based on contemporary community standards, whether the work depicts sexual conduct in a patently offensive manner; and

      c.     Whether the material, taken as a whole, lacks serious artistic, literary, scientific or political value.

24.     The government's allegations as to obscenity in this complaint are directed at videos and other materials depicting: (a) minors engaging in sexually explicit conduct; and/or (b) sexual acts, as defined by D.C. code, with non-consenting victims.

## II.     The DarkScandals Sites

25.     The DarkScandals Sites, which began operating in or about 2012, advertised "real blackmail, rape and forced videos of girls all around the world."

26.     The DarkScandals Sites videos featured close-up frames of repeated nonconsensual vaginal and anal penetration of adult and minor female victims.

27.     The DarkScandals Sites offered users two ways to access content, which was delivered in "packs."  Users could either:

      a.   pay for the packs; or

      b.   upload new videos, which Mohammad curated, and receive the packs for free.

28.     The DarkScandals Sites advertised that the packs contained approximately 2,000 videos and images.

<u>Uploading Content to the DarkScandals Sites</u>

29.     The DarkScandals Sites included specific rules for the video uploads to the DarkScandals Sites, including the following:

-   "Videos with real rape/forced (agains [sic] will)"

-   "Videos with real blackmail (would be better with chatlog)"

-   "Real groped girls (not acted videos) (extreme kind)"

-   "real busted girl doing some nasty stuff (like busted sex with animal or something extreme)"

-   "real underground sold slave girl videos"

-   "This video can not be found on other (easily) accessible sites"

-   "Your video is not already in the pack"

-   "Only videos with face (of girl) in it will be accepted"

-   "We prefer own made material (if you have some material where you are also on it, and you want yourself out of the video, send the original, we will edit it how you want it and put it in the packs)"

-   "Please do NOT send videos with dead stuff, fake, amateur, masturbation or acted movies!"

30.     The DarkScandals Sites advertised three different anonymous data-transfer services (which allow users to store and share files without providing any identifying information to the service) to receive uploads of customer's obscene content.

31.     The DarkScandals Sites' administrator rejected uploads if the videos were inconsistent with the obscene content on the site or were already in the packs.  For example, on or about December 1, 2013, the administrator informed a customer that the administrator had rejected

the customer's uploaded video because "its [sic] just acted, we don't accept video's [sic] like that for the packs."  The administrator signed this email as "Dark," which was one of his online monikers.

Payments to Access the DarkScandals Sites' Content

32.     Prior to in or about November 2013, the DarkScandals Sites directed users to transfer fiat currency to an account associated with the site.

33.     In or about November 2013, the DarkScandals Sites began directing customers to send payments of BTC to 1Fiptr7bQdh6754yWzfmuytEe6ekihZ8V6 (the "1Fiptr address") to access the obscene content.  Mohammad created the 1Fiptr address.

34.     The DarkScandals Sites subsequently directed payments to the following addresses:

    a.     Bitcoin address: 12kQwWjBkxHjRmCQBKjReAERu9SnzU6u8Y;

    b.     Bitcoin address:  1MFrsV3Y6n8qDW7CHVJMeLbkEqyhvPvurA  ("the 1MFrs address"); and

    c.     Ethereum address:  0x1c57BAC4757a8D46131776eA52706F4d3eb00fd ("the 0x1c5 address").

35.     The DarkScandals Sites instructed customers to send proof of their BTC/ETH payments to an encrypted email address provided on the DarkScandals Sites.

36.     Some customers would instead send BTC/ETH payments to this encrypted email address.

37.     In total, the DarkScandals Sites received at least approximately 1,650 deposits totaling 188.6631 BTC (approximately valued, as of March 1, 2020, at $1.6 million) and 26.724 ETH (approximately valued at $5,730.96).

Present Investigation into the DarkScandals Sites

38.     Welcome to Video was a darknet site that was exclusively dedicated to the distribution of child pornography videos.

39.     During the course of the Welcome to Video investigation, investigators traced the payment of bitcoin from Welcome to Video customers to that site.  A subsequent review of a Washington, D.C.-based Welcome to Video customer's virtual currency records lead to the discovery of the DarkScandals Sites.  Specifically, the D.C.-based customer made a payment of 0.15 BTC to the DarkScandals Sites on or about March 26, 2016.

Undercover Payments

40.     On or about February 13, 2018, law enforcement, acting in an undercover capacity, sent 0.0197777 BTC ($25.27) to the 1Fiptr address.

41.     On April 20, 2018, law enforcement, acting in an undercover capacity in Washington, D.C., clicked on a download link in an email from "bitcoin@darkscandals.com," which email was hosted by an anonymous service provider that was located in Germany.

42.     A review of the content downloaded by law enforcement in Washington, D.C., revealed that the DarkScandals Sites were distributing child sexual exploitation material (that is, child pornography) and obscene material, such as:

      a.     a video titled "pinkRubband.avi," which was identified by the National Center for Missing and Exploited Children as depicting a 14-year-old girl who was extorted into filming herself engaged in sexually explicit conduct. Specifically, the minor, while in front of her computer's web camera, exposed and rubbed her genitalia and subsequently penetrated her vagina with her fingers.

b.      a video titled "Sierra_Blackmail_Video.avi," which was identified by the National Center for Missing and Exploited Children as depicting a child who was between the ages of 14 and 17 years old during the time that she was extorted into filming herself engaged in sexually explicit conduct. Specifically, the minor, who appeared to be closer to 14 years old at the time of the video, exposed and touched her genitalia and subsequently penetrated her vagina with a pink pencil while in front of her computer's web camera.

c.      a video titled "the regret of a analwhore.avi," which depicted a woman purportedly consenting to anal sex but then indicating her desire to stop. The man refused and forced anal sex as the woman screamed in pain and pled with him to stop.

d.      a video titled "stick rape.mp4," which depicted an unconscious and unmoving woman being vaginally penetrated with both ends of a baseball bat and causing injury to the woman's genitalia; and

e.      a video titled "Drunk_passed_out_girl_violated_with_bottle.3gp," which depicted an unconscious and unmoving woman being vaginally penetrated with a vodka bottle while the camera zoomed in on the act of penetration.

43.     On or about March 2, 2020, law enforcement, acting in an undercover capacity while in Washington D.C., sent 0.021269 BTC ($189.27) to the 1MFrs address associated with the DarkScandals Sites.   As noted above, the 1MFrs address was among those to which the DarkScandals Sites directed users that they could make payments.

DarkScandals Clearnet Sites

44.     As noted above, the DarkScandals Clearnet Site has been in operation since 2012. During the majority of that time, the DarkScandals Clearnet Site was found on darkscandals.com.

45.     On or about April 3, 2018, the administrator of the site received a warning that the content on DarkScandals Clearnet Site contained "violence and rape" and was asked to remove it. The specifically identified videos were:

  i.   "moslim-girl-raped-while-filmed-by-friend"

  ii.  "indian-girl-raped-while-crying"

  iii. "crying-girl-stripped-and-gangrapped"

  iv.  "indian-girl-raped-outside"

46.     In or about February 2019, the DarkScandals Clearnet Site transitioned from darkscandals.com to darkscandals.co.

47.     On or about February 5, 2019, Mohammad made a payment into the United States for the hosting service used for darkscandals.co.  Mohammad previously made payments into the United States to maintain darkscandals.com.

## III.    BITCOIN EXCHANGE ACCOUNTS

48.     Analyzing the blockchain revealed that many of the payments to the DarkScandals Sites came from accounts hosted at eight virtual currency companies offering BTC/ETH wallet services.

49.     Law enforcement observed numerous payments from these accounts to other darknet markets, which were flagged by blockchain analytics companies, enabling law enforcement to identify illicit transaction.

50.     Each of the virtual currency accounts listed below, which comprise a portion of the defendant properties made at least one payment to the DarkScandals Sites:

| Defendant Property | Exchange | user_id |
|---|---|---|
| 1 | Virtual Currency Exchange 1 | 558e16e5363837151b000027 |
| 2 | Virtual Currency Exchange 1 | 568298190b8e897101000124 |
| 3 | Virtual Currency Exchange 1 | 5302e6e7449d505a5400002a |
| 4 | Virtual Currency Exchange 1 | 55745f34cc676870bd00004e |
| 5 | Virtual Currency Exchange 1 | 550ff0583f843880c2000035 |
| 6 | Virtual Currency Exchange 1 | 541278fe22b29dbfeb000012 |
| 7 | Virtual Currency Exchange 1 | 55dab7eac40258006b00017f |
| 8 | Virtual Currency Exchange 1 | 5549232546e0a511f50000ca |
| 9 | Virtual Currency Exchange 1 | 55f159c52289a00cdd000058 |
| 10 | Virtual Currency Exchange 1 | 55027a911a9cdbf7db000024 |
| 11 | Virtual Currency Exchange 1 | 53fead7d572685dd24000006 |
| 12 | Virtual Currency Exchange 1 | 52c9a111ee3bf3461a000008 |
| 13 | Virtual Currency Exchange 1 | 52a8bc9793de025f6500018c |
| 14 | Virtual Currency Exchange 1 | 56d0f02b6d5c5f7f4000021e |
| 15 | Virtual Currency Exchange 1 | 529df8ecea41f22afc000498 |
| 16 | Virtual Currency Exchange 1 | 5a3358979243c2023388f81c |
| 17 | Virtual Currency Exchange 1 | 564c56ac3c5410677700019f |
| 18 | Virtual Currency Exchange 1 | 55c17d64c90f890060000046 |
| 19 | Virtual Currency Exchange 1 | 56b91cbcacbf43005f0001f4 |
| 20 | Virtual Currency Exchange 1 | 5a181c6334fff4032d61464f |
| 21 | Virtual Currency Exchange 1 | 5b4016f389f8400d3000dff5 |

| 22 | Virtual Currency Exchange 1 | 5b5fb3d995d4080cd2f96fd4 |
| 23 | Virtual Currency Exchange 1 | 59f45d913bfa9c00ce813123 |
| 24 | Virtual Currency Exchange 1 | 56d0c11e39f7d75db70000b2 |
| 25 | Virtual Currency Exchange 1 | 5aa209bd0c9fc801218b953a |
| 26 | Virtual Currency Exchange 1 | 5bcc6fbbb9561f16f8e156f3 |
| 27 | Virtual Currency Exchange 1 | 55f1718c2289a067b50001fa |
| 28 | Virtual Currency Exchange 1 | 54f32ba5c721436ef500000f |
| 29 | Virtual Currency Exchange 1 | 55f399244cf370007b00012a |
| 30 | Virtual Currency Exchange 1 | 545340e0a0313b8d86000003 |
| 31 | Virtual Currency Exchange 1 | 5601663f198c175dbe0001e3 |
| 32 | Virtual Currency Exchange 1 | 53e5480f658c07cfc5000001 |
| 33 | Virtual Currency Exchange 1 | 58d101fa1604c03352151f63 |
| 34 | Virtual Currency Exchange 1 | 5974781a99672502ea2931e1 |
| 35 | Virtual Currency Exchange 1 | 569aa592f0f6a74e2e000090 |
| 36 | Virtual Currency Exchange 1 | 56632fd04f694f3e2e000143 |
| 37 | Virtual Currency Exchange 1 | 587ace1a409f9f1467a24a82 |
| 38 | Virtual Currency Exchange 1 | 5a3d6b485e7ac0045ef4cb10 |
| 39 | Virtual Currency Exchange 1 | 533f375093f607d85f00000b |
| 40 | Virtual Currency Exchange 1 | 537b768b40925c27de000033 |
| 41 | Virtual Currency Exchange 1 | 56671e8433253e462f000015 |
| 42 | Virtual Currency Exchange 1 | 5a3991d6a4c422058d6e8df6 |
| 43 | Virtual Currency Exchange 1 | 54cca4298d4cd905c900004b |

| 44 | Virtual Currency Exchange 1 | 554e7ead7787e846ba0000bf |
| 45 | Virtual Currency Exchange 1 | 53016a2a49b4948e6800019e |
| 46 | Virtual Currency Exchange 1 | 529b74a7b1bcfb3f9a000664 |
| 47 | Virtual Currency Exchange 1 | 5664e29bee1de106cb0001a9 |
| 48 | Virtual Currency Exchange 1 | 52d2307aefb168c14d0000da |
| 49 | Virtual Currency Exchange 1 | 54f6ff75d15c27d99d000011 |
| 50 | Virtual Currency Exchange 1 | 53ed8a2293a2d2e090000007 |
| 51 | Virtual Currency Exchange 1 | 56797107c8ec600b0d0001aa |
| 52 | Virtual Currency Exchange 1 | 56797107c8ec600b0d0001aa |
| 53 | Virtual Currency Exchange 1 | 5b38421b1d157601a3a0c8e9 |
| 54 | Virtual Currency Exchange 1 | 56797107c8ec600b0d0001aa |
| 55 | Virtual Currency Exchange 1 | 56797107c8ec600b0d0001aa |
| 56 | Virtual Currency Exchange 1 | 5935a21a05fcbc058a0a2483 |
| 57 | Virtual Currency Exchange 1 | 51c3288dd3c2c7725d000001 |
| 58 | Virtual Currency Exchange 1 | 5ae2fa5e2d553914b98b68ca |
| 59 | Virtual Currency Exchange 1 | 548568fc236e23ce1400004d |
| 60 | Virtual Currency Exchange 1 | 5ae39ef23092a21ade0aa8c5 |
| 61 | Virtual Currency Exchange 1 | 5aad155229c59a0135b8e808 |
| 62 | Virtual Currency Exchange 1 | 5a92023b293bd7014d014535 |
| 63 | Virtual Currency Exchange 1 | 59233b60a271ba0f4d41db90 |
| 64 | Virtual Currency Exchange 1 | 59dd9cf5e3efdb00eaa5db29 |
| 65 | Virtual Currency Exchange 1 | 57599e6ce17648390a000eec |
| 66 | Virtual Currency Exchange 1 | 51bb93a3c906698f0100006a |

| 67 | Virtual Currency Exchange 1 | 55bbe402825639008700001d |
| 68 | Virtual Currency Exchange 1 | 54cbf37394932567d900006d |
| 69 | Virtual Currency Exchange 1 | 5599527f65353921d100011e |
| 70 | Virtual Currency Exchange 1 | 5599527f65353921d100011e |
| 71 | Virtual Currency Exchange 1 | 5599527f65353921d100011e |
| 72 | Virtual Currency Exchange 1 | 5599527f65353921d100011e |
| 73 | Virtual Currency Exchange 1 | 59d854ad13812f010a274f89 |
| 74 | Virtual Currency Exchange 1 | 5ae248a5fff74113dc9927de |
| 75 | Virtual Currency Exchange 1 | 555cf7198c4b8c20c10000a1 |
| 76 | Virtual Currency Exchange 1 | 550fa32352d1f52aa50000b7 |
| 77 | Virtual Currency Exchange 1 | 5b89b0da17fd89017779fb2b |
| 78 | Virtual Currency Exchange 1 | 5b81095d7d9bb70626af9ce0 |
| 79 | Virtual Currency Exchange 1 | 59a87ba3d0190f00b2383556 |
| 80 | Virtual Currency Exchange 1 | 5b0ccb82d8139a01247e419b |
| 81 | Virtual Currency Exchange 1 | 5639e47a33fcbd7dfe0001d9 |
| 82 | Virtual Currency Exchange 1 | 551b97f8e17ed034a8000079 |
| 83 | Virtual Currency Exchange 1 | 5a4967d77df36a0188136b5f |
| 84 | Virtual Currency Exchange 1 | 5509fbc2863a1247880000f9 |
| 85 | Virtual Currency Exchange 1 | 53d28e32c10c6f7450000001 |
| 86 | Virtual Currency Exchange 1 | 57b34bf087903519c4c96784 |
| 87 | Virtual Currency Exchange 1 | 508b4a45de349002000000cb |
| 88 | Virtual Currency Exchange 1 | 540bd4bb9933e5a304000001 |

| 89 | Virtual Currency Exchange 1 | 52a2a0559c7abe4e3100002b |
| 90 | Virtual Currency Exchange 1 | 52f594447c1e8a9daf000036 |
| 91 | Virtual Currency Exchange 1 | 568e285a705bf2503a000064 |
| 92 | Virtual Currency Exchange 1 | 57a0d8d8788c9e01bbb14fa3 |
| 93 | Virtual Currency Exchange 1 | 598f3401f9702e01e54fe05f |
| 94 | Virtual Currency Exchange 1 | 5a463fed752770016c696a93 |
| 95 | Virtual Currency Exchange 1 | 5690cfd02e2329179d000088 |
| 96 | Virtual Currency Exchange 1 | 53715b923296fe82cd000021 |
| 97 | Virtual Currency Exchange 1 | 598cb921eab24f02b0b61dfa |
| 98 | Virtual Currency Exchange 1 | 5958f8a6dacf4d02cb917fdc |
| 99 | Virtual Currency Exchange 1 | 5b5c37a43c34e905cefb2e46 |
| 100 | Virtual Currency Exchange 1 | 5b70c46db8343b0901ab00ca |
| 101 | Virtual Currency Exchange 1 | 524244ad7c2431a41b00002e |
| 102 | Virtual Currency Exchange 1 | 54ac2d321619f9c6b700004e |
| 103 | Virtual Currency Exchange 1 | 556e5c70eafa71d347000043 |
| 104 | Virtual Currency Exchange 1 | 562e6224b65638494e0001af |
| 105 | Virtual Currency Exchange 1 | 598e578f797a74023a25001a |
| 106 | Virtual Currency Exchange 1 | 59965fd4ed8367008b6043b9 |
| 107 | Virtual Currency Exchange 1 | 5a6f986bf5a7e501f5390e26 |
| 108 | Virtual Currency Exchange 1 | 51186be502e7629a4f00001e |
| 109 | Virtual Currency Exchange 1 | 518876b84d4722924a000015 |
| 110 | Virtual Currency Exchange 1 | 51c726354b064ba592000012 |
| 111 | Virtual Currency Exchange 1 | 525c48cbed5c496a4b000094 |

| 112 | Virtual Currency Exchange 1 | 525e6ccc33099c8442000049 |
|-----|------------------------------|--------------------------|
| 113 | Virtual Currency Exchange 1 | 5286467880bd4efaa3000004 |
| 114 | Virtual Currency Exchange 1 | 5292620a9ab9f1d582000308 |
| 115 | Virtual Currency Exchange 1 | 52943c08fbc3b08a50000033 |
| 116 | Virtual Currency Exchange 1 | 5296c73f5cd2f16ba600024d |
| 117 | Virtual Currency Exchange 1 | 5297f3c37ed21e3e2a00017b |
| 118 | Virtual Currency Exchange 1 | 52a0cbd2e59e48bd420004a6 |
| 119 | Virtual Currency Exchange 1 | 52c0dacfec727df7d400001f |
| 120 | Virtual Currency Exchange 1 | 52cf2d560ff63cb6000000d8 |
| 121 | Virtual Currency Exchange 1 | 52e0bdae18d19e558b000062 |
| 122 | Virtual Currency Exchange 1 | 52e70c7a48b5ab8ced000005 |
| 123 | Virtual Currency Exchange 1 | 52f3b695c3d9558175000030 |
| 124 | Virtual Currency Exchange 1 | 530f680da334afcb380000f0 |
| 125 | Virtual Currency Exchange 1 | 532563b24a980c8d1c000180 |
| 126 | Virtual Currency Exchange 1 | 533bc721767338ee69000111 |
| 127 | Virtual Currency Exchange 1 | 535ecfe0fb43fdf02800002b |
| 128 | Virtual Currency Exchange 1 | 53652dcb39d3c5bd9d00003e |
| 129 | Virtual Currency Exchange 1 | 53665ffa4c0f4b1641000047 |
| 130 | Virtual Currency Exchange 1 | 539dc104763a3eedeb000016 |
| 131 | Virtual Currency Exchange 1 | 53a5d10a5fc9b845f3000003 |
| 132 | Virtual Currency Exchange 1 | 53b5b4a5d78d955399000001 |
| 133 | Virtual Currency Exchange 1 | 53bb9990764901abe6000012 |
| 134 | Virtual Currency Exchange 1 | 53bf083ecc7ce900d1000022 |

| 135 | Virtual Currency Exchange 1 | 53c3441f7714f0c301000007 |
| 136 | Virtual Currency Exchange 1 | 53c4bc1c8fced0657400000e |
| 137 | Virtual Currency Exchange 1 | 53dc5aae8508ab531400000d |
| 138 | Virtual Currency Exchange 1 | 540caeb4c544ef85c0000003 |
| 139 | Virtual Currency Exchange 1 | 54274f7273f0cbc390000005 |
| 140 | Virtual Currency Exchange 1 | 543ab378b89d00cfb8000001 |
| 141 | Virtual Currency Exchange 1 | 543ef47cb82ece2950000001 |
| 142 | Virtual Currency Exchange 1 | 545ee4746798bc9cff000001 |
| 143 | Virtual Currency Exchange 1 | 54963153db84fbf79600016f |
| 144 | Virtual Currency Exchange 1 | 54b6c77587df323da100005f |
| 145 | Virtual Currency Exchange 1 | 54bbe85f06851c5db70000a8 |
| 146 | Virtual Currency Exchange 1 | 54d22df5eb63662fd1000050 |
| 147 | Virtual Currency Exchange 1 | 54fdc571823860bdf50000a5 |
| 148 | Virtual Currency Exchange 1 | 5505ce4f0ff52fd3d9000011 |
| 149 | Virtual Currency Exchange 1 | 5513e999b9d0fbaa7a000061 |
| 150 | Virtual Currency Exchange 1 | 551a1be9c3e11a5abc000063 |
| 151 | Virtual Currency Exchange 1 | 553f4bee990ebe27f00000b9 |
| 152 | Virtual Currency Exchange 1 | 55426ec7e0ab5adc4f000018 |
| 153 | Virtual Currency Exchange 1 | 5545889b27c860d550000100 |
| 154 | Virtual Currency Exchange 1 | 55477f74105a69f9ae00012a |
| 155 | Virtual Currency Exchange 1 | 555de7da1da3e621b700009f |
| 156 | Virtual Currency Exchange 1 | 55687e8b5ea569e60f0000b5 |
| 157 | Virtual Currency Exchange 1 | 559d01b831623608a900004c |

| 158 | Virtual Currency Exchange 1 | 559ffee43463326bc90000b7 |
| 159 | Virtual Currency Exchange 1 | 55b1bf8a69702d00a7000066 |
| 160 | Virtual Currency Exchange 1 | 55b61e7969702d279600000c |
| 161 | Virtual Currency Exchange 1 | 55d546339c87bc3d41000039 |
| 162 | Virtual Currency Exchange 1 | 55d645002628cf669300006a |
| 163 | Virtual Currency Exchange 1 | 55dfd3861d4a4d660a000060 |
| 164 | Virtual Currency Exchange 1 | 55ede9e492575237020001e9 |
| 165 | Virtual Currency Exchange 1 | 55fd0df4822a3d304c000004 |
| 166 | Virtual Currency Exchange 1 | 55ffd6cc8a9af552bd0001fe |
| 167 | Virtual Currency Exchange 1 | 5603596783ff1a74cc0000af |
| 168 | Virtual Currency Exchange 1 | 5605bf084123e26494000214 |
| 169 | Virtual Currency Exchange 1 | 562582cead276f36c200000c |
| 170 | Virtual Currency Exchange 1 | 5625daae0f6ed4053c0000e4 |
| 171 | Virtual Currency Exchange 1 | 5628e829de7f88050c000091 |
| 172 | Virtual Currency Exchange 1 | 5629cae400d77d00c0000119 |
| 173 | Virtual Currency Exchange 1 | 564b43f0af2b9421ce000226 |
| 174 | Virtual Currency Exchange 1 | 565572e3dca944006f000122 |
| 175 | Virtual Currency Exchange 1 | 5665b0dd0761705c7c00007b |
| 176 | Virtual Currency Exchange 1 | 568131a6b5bdf4656a00010d |
| 177 | Virtual Currency Exchange 1 | 5685e690804ce9461600001d |
| 178 | Virtual Currency Exchange 1 | 568a6689b5bdf405690000f5 |
| 179 | Virtual Currency Exchange 1 | 56b3eeb0fb353e008a00021c |

| 180 | Virtual Currency Exchange 1 | 56b46e31e357d52fc70000bc |
|---|---|---|
| 181 | Virtual Currency Exchange 1 | 56c383869a8f1c00b10003f7 |
| 182 | Virtual Currency Exchange 1 | 56c403472c1f1601060001b8 |
| 183 | Virtual Currency Exchange 1 | 56caad354df73b07f9000138 |
| 184 | Virtual Currency Exchange 1 | 570ec9751b2e1420930000ea |
| 185 | Virtual Currency Exchange 1 | 57178afa0b9607093f000641 |
| 186 | Virtual Currency Exchange 1 | 573ba06aa6c40a01dd0003c5 |
| 187 | Virtual Currency Exchange 1 | 573efe664c5edb488c00060f |
| 188 | Virtual Currency Exchange 1 | 575e103cacf6c80aa0000b08 |
| 189 | Virtual Currency Exchange 1 | 578b7c3223595a22b9000a43 |
| 190 | Virtual Currency Exchange 1 | 578d433b2536180db0000247 |
| 191 | Virtual Currency Exchange 1 | 57bcbe615363ba006a904a70 |
| 192 | Virtual Currency Exchange 1 | 57ed86e9eb342e01158693ca |
| 193 | Virtual Currency Exchange 1 | 580d473574462c5d5b74e2d8 |
| 194 | Virtual Currency Exchange 1 | 583658b56e86280163760c18 |
| 195 | Virtual Currency Exchange 1 | 5848dfe6b91400014a734d5a |
| 196 | Virtual Currency Exchange 1 | 584a3bd1d3c048007b59bd1d |
| 197 | Virtual Currency Exchange 1 | 58715b641e65cd008c36d067 |
| 198 | Virtual Currency Exchange 1 | 5872b377dd52622031735714 |
| 199 | Virtual Currency Exchange 1 | 588c2a0f9c87bc2b6722ed60 |
| 200 | Virtual Currency Exchange 1 | 58b3e1a18331aa171ef9c08e |
| 201 | Virtual Currency Exchange 1 | 58b79fe2f94b8300f5c47196 |
| 202 | Virtual Currency Exchange 1 | 58c6748610351d01b28fd178 |

| 203 | Virtual Currency Exchange 1 | 592eb0364d53e607e5f006dd |
|-----|------------------------------|--------------------------|
| 204 | Virtual Currency Exchange 1 | 596e53d4a1c03f0115fe4572 |
| 205 | Virtual Currency Exchange 1 | 59d24e11f5154200bab043b3 |
| 206 | Virtual Currency Exchange 1 | 5a28969f33494902a8fc9ed8 |
| 207 | Virtual Currency Exchange 1 | 5a2f0c708274ff00e1541ce3 |
| 208 | Virtual Currency Exchange 1 | 5a10641e91dc3d00dd0d919d |
| 209 | Virtual Currency Exchange 1 | 5a6ff5c9c5c39d06298df807 |
| 210 | Virtual Currency Exchange 1 | 5a8c6a5edd7fa9014983cb4d |
| 211 | Virtual Currency Exchange 1 | 5ae0d631724582167308ae59 |
| 212 | Virtual Currency Exchange 1 | 5b20524b52ecdd0b62dcee3a |
| 213 | Virtual Currency Exchange 1 | 5b288cc337dbd802060f1a32 |
| 214 | Virtual Currency Exchange 1 | 59c1082a6b0de702c3cf0a92 |
| 215 | Virtual Currency Exchange 2 | 106055 – xxspaldingxx |
| 216 | Virtual Currency Exchange 2 | 123341 – DarkBaal |
| 217 | Virtual Currency Exchange 2 | 166032 - cheese1337 |
| 218 | Virtual Currency Exchange 2 | 176981 – Imperanon |
| 219 | Virtual Currency Exchange 2 | 177328 - kite859 |
| 220 | Virtual Currency Exchange 2 | 204233 - Netzwerg1981 |
| 221 | Virtual Currency Exchange 2 | 204419 - deus1983 |
| 222 | Virtual Currency Exchange 2 | 250379 - Tomo33 |
| 223 | Virtual Currency Exchange 2 | 250409 – Trottiminator |
| 224 | Virtual Currency Exchange 2 | 301554 - Rene686 |
| 225 | Virtual Currency Exchange 2 | 309830 – Loflend |

| 226 | Virtual Currency Exchange 2 | 327540 – mwewer |
| 227 | Virtual Currency Exchange 2 | 375436 - 94sim |
| 228 | Virtual Currency Exchange 2 | 284880 |
| 229 | Virtual Currency Exchange 2 | 172792 - brummi92 |
| 230 | Virtual Currency Exchange 2 | 186150 - Matt1987ba |
| 231 | Virtual Currency Exchange 2 | 190926 – Lambada |
| 232 | Virtual Currency Exchange 2 | 193989 - overdrive82 |
| 233 | Virtual Currency Exchange 2 | 206759 – Brechter |
| 234 | Virtual Currency Exchange 2 | 213391 - Marcelg95 |
| 235 | Virtual Currency Exchange 2 | 236892 – KellersMarwin |
| 236 | Virtual Currency Exchange 2 | 236950 - bommi2603 |
| 237 | Virtual Currency Exchange 2 | 255156 – fortunate |
| 238 | Virtual Currency Exchange 2 | 281880 - mueller-40219 |
| 239 | Virtual Currency Exchange 2 | 288066 – Newtiger |
| 240 | Virtual Currency Exchange 2 | 305313 - juanpablo30 |
| 241 | Virtual Currency Exchange 2 | 317981 – Mitsunaga |
| 242 | Virtual Currency Exchange 2 | 328279 – kawamatze |
| 243 | Virtual Currency Exchange 2 | 33968 - franco666 |
| 244 | Virtual Currency Exchange 2 | 347313 – XsiVXsi |
| 245 | Virtual Currency Exchange 2 | 376780 – springs |
| 246 | Virtual Currency Exchange 2 | 63502 – Nermin |
| 247 | Virtual Currency Exchange 2 | 742654 - slider478 |
| 248 | Virtual Currency Exchange 2 | 75911 – duckbill |

| 249 | Virtual Currency Exchange 2 | 91353 - Wayne333 |
|-----|------------------------------|------------------|
| 250 | Virtual Currency Exchange 2 | 93021 - basti146 |
| 251 | Virtual Currency Exchange 3 | 620949 |
| 252 | Virtual Currency Exchange 4 | up106412635 |
| 253 | Virtual Currency Exchange 4 | up100940016 |
| 254 | Virtual Currency Exchange 5 | 9a1036f4-da71-40b9-b425-3bb299bcff65 |
| 255 | Virtual Currency Exchange 5 | 84f17580-1b31-4c04-b190-35be6237bd59 |
| 256 | Virtual Currency Exchange 5 | 6ca1659a-35e7-4d33-be56-a62038a5c47d |
| 257 | Virtual Currency Exchange 5 | 307ae3f9-2be7-494e-9aed-252913fe1b15 |
| 258 | Virtual Currency Exchange 5 | d6394527-2662-42cb-acdf-ff037261c47f |
| 259 | Virtual Currency Exchange 5 | 3e74c924-3d44-4fed-a6ff-a5bb53f74660 |
| 260 | Virtual Currency Exchange 5 | 51819628-9140-41da-90b5-04dc189e8d49 |
| 261 | Virtual Currency Exchange 5 | 82660399-6111-431f-9188-baa5a3de6069 |
| 262 | Virtual Currency Exchange 5 | 6093a598-aefd-44e4-ac92-cda4a388d013 |
| 263 | Virtual Currency Exchange 6 | 131158534 |
| 264 | Virtual Currency Exchange 7 | 992982 |
| 265 | Virtual Currency Exchange 7 | 1325571 |
| 266 | Virtual Currency Exchange 7 | 2612645 |
| 267 | Virtual Currency Exchange 7 | 2712897 |
| 268 | Virtual Currency Exchange 7 | 3349255 |
| 269 | Virtual Currency Exchange 7 | 4690977 |
| 270 | Virtual Currency Exchange 7 | 6557756 |
| 271 | Virtual Currency Exchange 7 | 7113322 |

| 272 | Virtual Currency Exchange 7 | 8354963 |
| 273 | Virtual Currency Exchange 7 | 9498524 |
| 274 | Virtual Currency Exchange 7 | 9592729 |
| 275 | Virtual Currency Exchange 7 | 9755697 |
| 276 | Virtual Currency Exchange 7 | 9766700 |
| 277 | Virtual Currency Exchange 7 | 9925733 |
| 278 | Virtual Currency Exchange 7 | 10066103 |
| 279 | Virtual Currency Exchange 7 | 17336076 |
| 280 | Virtual Currency Exchange 7 | 24788266 |
| 281 | Virtual Currency Exchange 7 | 26215984 |
| 282 | Virtual Currency Exchange 7 | 34512246 |
| 283 | Virtual Currency Exchange 7 | 34715234 |
| 284 | Virtual Currency Exchange 7 | 35955928 |
| 285 | Virtual Currency Exchange 7 | 37157433 |
| 286 | Virtual Currency Exchange 7 | 38793754 |
| 287 | Virtual Currency Exchange 7 | 44134631 |
| 288 | Virtual Currency Exchange 7 | 44875594 |
| 289 | Virtual Currency Exchange 8 | 12102200 |
| 290 | Virtual Currency Exchange 8 | 13360310 |
| 291 | Virtual Currency Exchange 8 | 26890829 |
| 292 | Virtual Currency Exchange 8 | 11696772 |
| 293 | Virtual Currency Exchange 8 | 12550601 |
| 294 | Virtual Currency Exchange 8 | 17675089 |

| 295 | Virtual Currency Exchange 8 | 13561682 |
| 296 | Virtual Currency Exchange 8 | 12868285 |
| 297 | Virtual Currency Exchange 8 | 16587211 |
| 298 | Virtual Currency Exchange 8 | 13606900 |
| 299 | Virtual Currency Exchange 8 | 26260205 |
| 300 | Virtual Currency Exchange 8 | 12686075 |
| 301 | Virtual Currency Exchange 8 | 35709480 |
| 302 | Virtual Currency Exchange 8 | 13220867 |
| 303 | Virtual Currency Exchange 8 | 18518130 |

51.     Many of the above accounts appear to have been solely opened and used to launder funds to the DarkScandals Sites.  For example:

b.   Defendant Property 2 purchased BTC on or about December 29, 2015 and on or about January 5, 2016 and then shortly thereafter sent 0.15 BTC ($64.98 USD) to the DarkScandals Site's 1Fiptr BTC address.  This appeared to be the only payment activity from this account.

c.   Defendant Property 12 purchased 0.18662021 BTC ($70.19) on or about February 11, 2016, and on or about that same date, this account sent 0.15 BTC ($56.44) to the DarkScandals Site's 1Fiptr BTC address.  This appeared to be the only payment activity from this account.

d.   Defendant Property 25 was created on or about March 8, 2018, was funded approximately 25 minutes later, and then sent .0196 BTC ($171.17) to the DarkScandals Site's 1Fiptr BTC address approximately an hour later.  The notes field on the transaction included a reference to a privacy based-email service,

presumably to provide an address to which Mohammad could send the DarkScandals pack.  This appeared to be the only payment activity from this account.

e.  Defendant Property 26 purchased BTC on or about November 4, 2018 and then made a payment of 0.007983 BTC ($77.10 USD) DarkScandals Site's 1Fiptr BTC address on or about the same day.  This appeared to be the only payment activity from this account.

f.  Defendant Property 215 made two payments to the DarkScandals Site's 1Fiptr BTC address.  This appeared to be the only payment activity from this account.

g.  Defendant Property 219 sent 0.198 BTC ($75) to the DarkScandals Site's 1Fiptr BTC address on or about May 20, 2014.  This appeared to be the only payment activity from this account.

h.  Defendant Property 227 sent two payments totaling 0.0154 BTC ($90) to the DarkScandals Site's 1Fiptr BTC address on or about October 17, 2017.

52.  As noted above, many accounts that did have other payment activity had transactions with known illicit darknet sites.  For example:

i.  Defendant Property 3 made four payments between 2015 and 2016 to the following darknet markets that sold drugs, stolen information, and other illicit products: Agora Darknet Market and Nucleus Darknet Market.  Defendant 3 sent 0.22084473 BTC ($87.01 USD) to the DarkScandals Site's 1Fiptr BTC address on or about February 29, 2016.

j.  Defendant Property 11 made one payment to the following darknet market that sold drugs, stolen information, and other illicit products: SilkRoad 2 Market.  Defendant

11 sent 0.15 BTC ($72) to the DarkScandals Site's 1Fiptr BTC address on or about September 5, 2014.  The payment memo included a reference to the user's email address, presumably to provide an address to which Mohammad could send the DarkScandals pack.

k.  Defendant Property 12 received 0.259 BTC ($64.20) on or about March 30, 2015 to the following darknet market that sold drugs, stolen information, and other illicit products: Black Bank Market.  Defendant Property 12 sent 0.15 BTC ($56.44) to the DarkScandals Site's 1Fiptr BTC address on or about February 11, 2016.

l.  Defendant Property 27 sent .4 BTC ($92.50) on or about September 13, 2015 to the following darknet market that sold drugs, stolen information, and other illicit products: Dream Market; and sent BTC on three occasions to Welcome to Video, a darknet market that exclusively sold child pornography.  Defendant Property 27 sent 0.15 BTC ($56.44) to the DarkScandals Site's 1Fiptr BTC address on or about November 25, 2015.

m.  Defendant Property 217 sent BTC to the following darknet market that sold drugs, stolen information, and other illicit products: Pandora Darknet Market.  Defendant Property 217 sent BTC on two occasions to the DarkScandals Site's 1Fiptr BTC address.

n.  Defendant Property 220 sent BTC to the following darknet market that sold drugs, stolen information, and other illicit products: AlphaBay.  Defendant Property 220 sent 0.15 BTC ($72) to the DarkScandals Site's 1Fiptr BTC address on or about December 30, 2016.

o.  Defendant Property 222 sent BTC to the following darknet market that sold drugs, stolen information, and other illicit products: Green Road Market; and sent BTC on one occasion to Welcome to Video, a darknet market that exclusively sold child pornography.  Defendant Property 222 sent 0.1001 BTC ($69) to the DarkScandals Site's 1Fiptr BTC address on or about November 2, 2016.

53.     Many of the above accounts were opened with either false or no "know your customer" (KYC) documents.  Persons engaging in illegal online activities frequently open accounts at virtual currency exchanges with no/fake KYC records as a way to conceal their true identity.  As an example here, the following accounts provided incomplete/invalid KYC records: Defendant Property 5; Defendant Property 24; Defendant Property 27; Defendant Property 28; Defendant Property 29; Defendant Property 263; Defendant Property 269; Defendant Property 284; Defendant Property 285; Defendant Property 289; Defendant Property 292; Defendant Property 293; Defendant Property 299; Defendant Property 301; and Defendant Property 302.

## FIRST CLAIM FOR RELIEF
### (18 U.S.C. § 2254)

54.     The United States incorporates by reference the allegations set forth in Paragraphs 1 to 53 above as if fully set forth herein.

55.     The Defendant Properties were property, real or personal, used or intended to be used to commit or to promote the commission of violations of 18 U.S.C. § 2252, and/or property traceable to such property.

56.     As such, the Defendant Properties are subject to forfeiture pursuant to 18 U.S.C. § 2254.

## SECOND CLAIM FOR RELIEF
### (18 U.S.C. § 1467)

57.     The United States incorporates by reference the allegations set forth in Paragraphs 1 to 53 above as if fully set forth herein.

58.     The Defendant Properties were property, real or personal, used or intended to be used to commit or to promote the commission of a violation of 18 U.S.C. § 1465, and/or property obtained from such offense.

59.     As such, the Defendant Properties are subject to forfeiture pursuant to 18 U.S.C. § 1467.

## THIRD CLAIM FOR RELIEF
### (18 U.S.C. § 981(a)(1)(A))

60.     The United States incorporates by reference the allegations set forth in Paragraphs 1 to 53 above as if fully set forth herein.

61.     The Defendant Properties were involved in a conspiracy to launder and the laundering of monetary instruments intended to promote the carrying on of a specified unlawful activity, that is, distribution of obscene matter, violations of 18 U.S.C. § 1465 (relating to the production and transportation of obscene matter), and violations of 18 U.S.C. § 2252 (relating to child pornography, where the child pornography contains a visual depiction of an actual minor engaging in sexually explicit conduct).

62.     As such, the Defendant Properties are subject to forfeiture, pursuant to Title 18, United States Code, Section 981(a)(1)(A), as property involved in a transaction or attempted transaction in violation of 18 U.S.C. § 1956, or property traceable to such property.

## **PRAYER FOR RELIEF**

WHEREFORE, the United States of America prays that notice issue on the Defendant Properties as described above; that due notice be given to all parties to appear and show cause why the forfeiture should not be decreed; that a warrant of arrest *in rem* issue according to law; that judgment be entered declaring that the Defendant Properties be forfeited for disposition according to law; and that the United States of America be granted such other relief as this Court may deem just and proper, together with the costs and disbursements of this action.

Dated:  March 12, 2020

Respectfully submitted,

TIMOTHY J. SHEA, D.C. Bar No. 437437
United States Attorney

By:         /s/ *Zia M. Faruqui*
Zia M. Faruqui, D.C. Bar No. 494990
Lindsay J. Suttenberg
Assistant United States Attorney
Daniel J. Olinghouse
Special Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C.  20530
(202) 252-7117 (Faruqui)
Zia.Faruqui@usdoj.gov

*Attorneys for the United States of America*

## **VERIFICATION**

I, Christopher Janczewski, a Special Agent with the Internal Revenue Service-Criminal Investigations CCU, declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the foregoing amended Verified Complaint for Forfeiture *In Rem* is based upon reports and information known to me and/or furnished to me by other law enforcement representatives and that everything represented herein is true and correct.

Executed on this 12th day of March, 2020.

_____*/s/Christopher Janczewski*_____
Special Agent Christopher Janczewski
Internal Revenue Service-Criminal Investigations

I, Darrell Franklin, a Special Agent with the Homeland Security Investigations, declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the foregoing amended Verified Complaint for Forfeiture *In Rem* is based upon reports and information known to me and/or furnished to me by other law enforcement representatives and that everything represented herein is true and correct.

Executed on this 12th day of March, 2020.

_____*/s/ Darrell Franklin*_____
Special Agent Darrell Franklin
Homeland Security Investigations

## CIVIL COVER SHEET

JS-44 (Rev. 5/12 DC)

| I. (a) PLAINTIFFS | DEFENDANTS |
|---|---|

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF _____
**(EXCEPT IN U.S. PLAINTIFF CASES)**

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
**(IN U.S. PLAINTIFF CASES ONLY)**
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

ATTORNEYS (IF KNOWN)

---

**II. BASIS OF JURISDICTION**
(PLACE AN x IN ONE BOX ONLY)

○ 1 U.S. Government Plaintiff

○ 2 U.S. Government Defendant

○ 3 Federal Question
(U.S. Government Not a Party)

○ 4 Diversity
(Indicate Citizenship of Parties in item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (PLACE AN x IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) **FOR DIVERSITY CASES ONLY!**

| | PTF | DFT | | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ○ 1 | ○ 1 | Incorporated or Principal Place of Business in This State | ○ 4 | ○ 4 |
| Citizen of Another State | ○ 2 | ○ 2 | Incorporated and Principal Place of Business in This State | ○ 5 | ○ 5 |
| Citizen or Subject of a Foreign Country | ○ 3 | ○ 3 | Foreign Nation | ○ 6 | ○ 6 |

---

## IV. CASE ASSIGNMENT AND NATURE OF SUIT
**(Place an X in one category, A-N, that best represents your Cause of Action and one in a corresponding Nature of Suit)**

○ **A.** *Antitrust*

**410  Antitrust**

○ **B.** *Personal Injury/ Malpractice*

310 Airplane
315 Airplane Product Liability
320 Assault, Libel & Slander
330 Federal Employers Liability
340 Marine
345 Marine Product Liability
350 Motor Vehicle
355 Motor Vehicle Product Liability
360 Other Personal Injury
362 Medical Malpractice
365 Product Liability
367 Health Care/Pharmaceutical Personal Injury Product Liability
368 Asbestos Product Liability

○ **C.** *Administrative Agency Review*

151 Medicare Act

**Social Security**
861 HIA (1395ff)
862 Black Lung (923)
863 DIWC/DIWW (405(g)
864 SSID Title XVI
865 RSI (405(g))
**Other Statutes**
891 Agricultural Acts
893 Environmental Matters
890 Other Statutory Actions (If Administrative Agency is Involved)

○ **D.** *Temporary Restraining Order/Preliminary Injunction*

Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

---

○ **E.** *General Civil (Other)*        **OR**        ○ **F.** *Pro Se General Civil*

**Real Property**
210 Land Condemnation
220 Foreclosure
230 Rent, Lease & Ejectment
240 Torts to Land
245 Tort Product Liability
290 All Other Real Property

**Personal Property**
370 Other Fraud
371 Truth in Lending
380 Other Personal Property Damage
385 Property Damage Product Liability

**Bankruptcy**
422 Appeal 27 USC 158
423 Withdrawal 28 USC 157

**Prisoner Petitions**
535 Death Penalty
540 Mandamus & Other
550 Civil Rights
555 Prison Conditions
560 Civil Detainee – Conditions of Confinement

**Property Rights**
820 Copyrights
830 Patent
840 Trademark

**Federal Tax Suits**
870 Taxes (US plaintiff or defendant)
871 IRS-Third Party 26 USC 7609

**Forfeiture/Penalty**
625 Drug Related Seizure of Property 21 USC 881
690 Other

**Other Statutes**
375 False Claims Act
400 State Reapportionment
430 Banks & Banking
450 Commerce/ICC Rates/etc.
460 Deportation
462 Naturalization Application
465 Other Immigration Actions
470 Racketeer Influenced & Corrupt Organization

480 Consumer Credit
490 Cable/Satellite TV
850 Securities/Commodities/ Exchange
896 Arbitration
899 Administrative Procedure Act/Review or Appeal of Agency Decision
950 Constitutionality of State Statutes
890 Other Statutory Actions (if not administrative agency review or Privacy Act)

|   | | |   |
|---|---|---|---|

○ **G.** *Habeas Corpus/ 2255*

**530 Habeas Corpus – General**
**510 Motion/Vacate Sentence**
**463 Habeas Corpus – Alien Detainee**

○ **H.** *Employment Discrimination*

**442 Civil Rights – Employment (criteria: race, gender/sex, national origin, discrimination, disability, age, religion, retaliation)**

*\*(If pro se, select this deck)\**

○ **I.** *FOIA/Privacy Act*

**895 Freedom of Information Act**
**890 Other Statutory Actions (if Privacy Act)**

*\*(If pro se, select this deck)\**

○ **J.** *Student Loan*

**152 Recovery of Defaulted Student Loan (excluding veterans)**

○ **K.** *Labor/ERISA (non-employment)*

**710 Fair Labor Standards Act**
**720 Labor/Mgmt. Relations**
**740 Labor Railway Act**
**751 Family and Medical Leave Act**
**790 Other Labor Litigation**
**791 Empl. Ret. Inc. Security Act**

○ **L.** *Other Civil Rights (non-employment)*

**441 Voting (if not Voting Rights Act)**
**443 Housing/Accommodations**
**440 Other Civil Rights**
**445 Americans w/Disabilities – Employment**
**446 Americans w/Disabilities – Other**
**448 Education**

○ **M.** *Contract*

**110 Insurance**
**120 Marine**
**130 Miller Act**
**140 Negotiable Instrument**
**150 Recovery of Overpayment & Enforcement of Judgment**
**153 Recovery of Overpayment of Veteran's Benefits**
**160 Stockholder's Suits**
**190 Other Contracts**
**195 Contract Product Liability**
**196 Franchise**

○ **N.** *Three-Judge Court*

**441 Civil Rights – Voting (if Voting Rights Act)**

**V. ORIGIN**

○ 1 Original Proceeding    ○ 2 Remand from State Court    ○ 3 Remanded from Appellate Court    ○ 4 Reinstated or Reopened    ○ 5 Transferred from another district (specify)    ○ 6 Multi-district Litigation    ○ 7 Appeal to District Judge from Mag. Judge

**VI. CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)**

**VII. REQUESTED IN COMPLAINT**    CHECK IF THIS IS A **CLASS ACTION** UNDER F.R.C.P. 23    **DEMAND $**    **JURY DEMAND:**    Check YES only if demanded in complaint    **YES**    **NO**

**VIII. RELATED CASE(S) IF ANY**    (See instruction)    **YES**    **NO**    If yes, please complete related case form

DATE: _____    SIGNATURE OF ATTORNEY OF RECORD _____/s/ Zia M. Faruqui_____

**INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44**
**Authority for Civil Cover Sheet**

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and services of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently, a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the cover sheet.

**I.**    COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff if resident of Washington, DC, 88888 if plaintiff is resident of United States but not Washington, DC, and 99999 if plaintiff is outside the United States.

**III.**    CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed <u>only</u> if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

**IV.**    CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the <u>primary</u> cause of action found in your complaint. You may select only <u>one</u> category. You <u>must</u> also select <u>one</u> corresponding nature of suit found under the category of the case.

**VI.**    CAUSE OF ACTION: Cite the U.S. Civil Statute under which you are filing and write a brief statement of the primary cause.

**VIII.**    RELATED CASE(S), IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should endure the accuracy of the information provided prior to signing the form.

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| _____ | ) |
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **v.** | ) |
| | ) |
| **THREE HUNDRED THREE VIRTUAL** | ) |
| **CURRENCY ACCOUNTS,** | )        **Civil Action No. 20-cv-712** |
| | ) |
| **THE DARKSCANDALS.COM DOMAIN,** | ) |
| | ) |
| **-- and --** | ) |
| | ) |
| **THE DARKSCANDALS.CO DOMAIN,** | ) |
| | ) |
| **Defendants.** | ) |

## <u>WARRANT FOR ARREST *IN REM*</u>

TO:   THE UNITED STATES MARSHAL'S SERVICE AND/OR ANY OTHER DULY
AUTHORIZED LAW ENFORCEMENT OFFICER:

WHEREAS a Verified Complaint for Forfeiture *In Rem* has been filed in the United
States District Court for the District of Columbia, on the 12th day of March, 2020, alleging that
the above defendant properties are subject to seizure and forfeiture to the United States pursuant
to 18 U.S.C § 1956(a)(2);

YOU ARE, THEREFORE, HEREBY COMMANDED to serve the defendant properties,
thus bringing, within the jurisdiction of the Court, said defendant properties, more fully
described as:

**THREE HUNDRED THREE VIRTUAL CURRENCY ACCOUNTS**

**THE DARKSCANDALS.COM DOMAIN**

**THE DARKSCANDALS.CO DOMAIN**

YOU ARE FURTHER COMMANDED, promptly after execution of this process, to file
the same in this Court with your return thereon, identifying the individuals upon whom copies
were served and the manner employed, unless, pursuant to Rule G(3)(c)(ii)(A) of the
Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, the
defendant properties are in the government's possession, custody, or control.

Dated: March 12, 2020

_____
Clerk of the Court


By:   _____
Deputy Clerk