**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** )<br>)<br>**Plaintiff,** )<br>)<br>**v.** )<br>)<br>**THREE HUNDRED THREE VIRTUAL** )<br>**CURRENCY ACCOUNTS,** )<br>)<br>**THE DARKSCANDALS.COM DOMAIN,** )<br>)<br>**-- and --** )<br>)<br>**THE DARKSCANDALS.CO DOMAIN,** )<br>)<br>**Defendants.** ) | **Civil Action No. 20-cv-712** |

**WARRANT FOR ARREST *IN REM***

TO:   THE UNITED STATES MARSHAL'S SERVICE AND/OR ANY OTHER DULY
AUTHORIZED LAW ENFORCEMENT OFFICER:

WHEREAS a Verified Complaint for Forfeiture *In Rem* has been filed in the United
States District Court for the District of Columbia, on the 12th day of March, 2020, alleging that
the above defendant properties are subject to seizure and forfeiture to the United States pursuant
to 18 U.S.C § 1956(a)(2);

YOU ARE, THEREFORE, HEREBY COMMANDED to serve the defendant properties,
thus bringing, within the jurisdiction of the Court, said defendant properties, more fully
described as:

   **THREE HUNDRED THREE VIRTUAL CURRENCY ACCOUNTS**

   **THE DARKSCANDALS.COM DOMAIN**

   **THE DARKSCANDALS.CO DOMAIN**

YOU ARE FURTHER COMMANDED, promptly after execution of this process, to file
the same in this Court with your return thereon, identifying the individuals upon whom copies
were served and the manner employed, unless, pursuant to Rule G(3)(c)(ii)(A) of the
Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, the
defendant properties are in the government's possession, custody, or control.

Dated: March 12, 2020



         Angela Caesar
Clerk of the Court

By:      /s/ Anson Hopkins
        Deputy Clerk